SARAH LASHER, Respondent, *v.* THE VILLAGE OF SARATOGA SPRINGS, Appellant.

*Lasher* v. *Village of Saratoga Springs,* 17 App. Div. 624, affirmed.
(Argued May 18, 1900; decided June 5, 1900.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the third judicial department, entered May 7, 1897, affirming a judgment in favor of plaintiff entered upon a decision of the court on trial at Special Term.

*Joseph P. Brennan* for appellant.

*Edgar T. Brackett* for respondent.

Judgment affirmed, with costs, upon the case of *Moody* v. *Village of Saratoga Springs* (163 N. Y. 581).

Concur : PARKER, Ch. J., GRAY, O'BRIEN, HAIGHT, MARTIN and WERNER, JJ. Not sitting : LANDON, J.

---

JONAS WEIL et al., Respondents, *v.* JOHN J. RADLEY, Appellant.

*Weil* v. *Radley,* 31 App. Div. 25, affirmed.
(Argued May 18, 1900; decided June 5, 1900.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered June 18, 1898, affirming a judgment in favor of plaintiffs entered upon a verdict, and an order denying a motion for a new trial.

*James E. Kelly* for appellant.

*Edward Kaufmann* for respondents.

Judgment affirmed, with costs ; no opinion.

Concur : PARKER, Ch. J., GRAY, O'BRIEN, HAIGHT, MARTIN, LANDON and WERNER, JJ.